# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Twila Melissa Aulaumea, | ) | Case No. 1:16-cr-192 |
| | ) | |
| Defendant. | ) | |

On June 10, 2020, the court ordered defendant detained pending a revocation hearing before Judge Hovland on July 21, 2020.

On June 30, 2020, defendant filed a Motion to Reconsider Order of Detention. (Doc. No.425). She advises that she has been accepted into a 90-day inpatient treatment program at Beach House Center for Recovery, which is located in Juno Beach, Florida. She requests to be conditionally released so that she may travel to and participate in this treatment program. The United States does not oppose her request.

On July 1, 2020, the court issued an order directing defendant to submit her travel itinerary. That same day defendant submitted her travel itinerary for the court's review. She has booked a flight to Florida on American Airlines that is scheduled to depart from the Bismarck Airport on July 3, 2020, at 3:30 p.m. She advises that her mother is able to transport her from the McLean County Jail to the airport for her flight.

The court **GRANTS** defendant's motion (Doc. No. 425).  Defendant shall be released to a family member no earlier than 12:30 p.m. on July 3, 2020, for transport to the Bismarck Airport, from where she will fly to Florida. Upon arriving in Florida, defendant shall immediately report to Beach House Center for Recovery. While on release, defendant shall comply with the following

conditions:

(1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as a positive test.

(4) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(5) Defendant shall reside at Beach House Center for Recovery's treatment facility, fully participate in its programming, and comply with all of its rules and regulations. Upon her arrival, she shall contact the Pretrial Services Office at (701) 297-7249.

(6) Defendant shall sign all releases of information requested by the Pretrial Services Officer so that her progress and participation in treatment may be monitored.

(7) Upon her discharge from the treatment program, defendant shall immediately return to Bismarck, North Dakota, and report to the United States Marshal's office with the understanding that she shall be detained pending further order of the court.

(8) At least four days before her discharge, or upon termination from, the inpatient program, defendant shall provide the court with her travel itinerary back to North

Dakota.

Should defendant be unable for any reason to travel to Florida as anticipated, she shall immediately return to the McLean County Jail and be remanded back into custody pending further order of the court.

**IT IS SO ORDERED.**

Dated this 2nd day of July, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
